Petition for Writ of Mandamus Denied and Memorandum Opinion filed June
1, 2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed June 1, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00273-CV

____________

 

IN RE BALLI KLOCKNER, INC.,
SOUTHERN TEXAS STEEL, L.L.C.,

KLOCKNER STEEL TRADE GMBH, BALLI STEEL, P.L.C.,

AND BALLI FINANCE AND DEVELOPMENT CORPORATION, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 27, 2006, relators filed a petition
for writ of mandamus in this court.  See
Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition, relators asked this court to
compel the Honorable Carroll Wilborn, Jr., presiding judge of the  344th District Court of Chambers County, to
set aside his ruling denying relators= motion to quash the demand for jury
trial made by the real parties in interest.

Relators have not established that they are entitled to
mandamus relief.  Accordingly, we deny
relators= petition for writ of mandamus. 

 








PER CURIAM

 

Petition Denied
and Memorandum Opinion filed June 1, 2006.

Panel consists of
Justices Hudson, Fowler, and Seymore.

Justice Seymore
would grant the petition and dissents without opinion.